IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT - 1 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| J. R. BULLARD | : | 1:14CR377-1 |
| JESSIE DON WOODHULL | : | 1:14CR377-2 |
| APRIL MARIE WOODHULL | : | 1:14CR377-3 |
| KATIE ALEXANDRIA KERR | : | 1:14CR377-4 |
| JOSHUA ERAN TARLTON | : | 1:14CR377-5 |
| NICHOLAS CODY BAKER | : | 1:14CR377-6 |
| ALBERT RAY BARRINGER | : | 1:14CR377-7 |
| SARA ELIZABETH HORTON | : | 1:14CR377-8 |
| AMBER LYNN PIERONTONI | : | 1:14CR377-9 |
| GEORGIA LEE BELLAMY | : | 1:14CR377-10 |
| JOSHUA DEAN ATWELL | : | 1:14CR377-11 |
| JOSEPH ANDREW DANIELS | : | 1:14CR377-12 |
| BRIAN CLINTON HOLT, III | : | 1:14CR377-13 |
| SHANE NICHOLAS RABON | : | 1:14CR377-14 |
| RICKEY HARDING WAGNER, JR. | : | 1:14CR377-15 |
| LINDY CHRISTIE PISTONE | : | 1:14CR377-16 |
| PAUL ANDREW SMITH | : | 1:14CR377-17 |
| RICKY CHARLES HOLSHOUSER, JR. | : | 1:14CR377-18 |
| JONATHAN DAVID HILLSON | : | 1:14CR377-19 |
| JEREMY ANDREW ATKINS | : | 1:14CR377-20 |
| CALEB SHANE WHITLEY | : | 1:14CR377-21 |
| VICTORIA MEGAN YATES | : | 1:14CR377-22 |
| SHARON LEWIS BRUCE | : | 1:14CR377-23 |
| GARY WAYNE LYLES | : | 1:14CR377-24 |
| MICHAEL EUGENE WEITZEL, III | : | 1:14CR377-25 |
| KIMBERLY JAYNE DAVIS | : | 1:14CR377-26 |

The Grand Jury charges:

COUNT ONE

From on or about October 9, 2010, continuing up to and including on or about April 30, 2014, the exact dates to the Grand Jurors unknown, in the Counties of Cabarrus, Richmond,

Rowan and Davidson, in the Middle District of North Carolina, and elsewhere, J. R. BULLARD, JESSIE DON WOODHULL, APRIL MARIE WOODHULL, KATIE ALEXANDRIA KERR, JOSHUA ERAN TARLTON, NICHOLAS CODY BAKER, ALBERT RAY BARRINGER, SARA ELIZABETH HORTON, AMBER LYNN PIERONTONI, GEORGIA LEE BELLAMY, JOSHUA DEAN ATWELL, JOSEPH ANDREW DANIELS, BRIAN CLINTON HOLT, III, SHANE NICHOLAS RABON, RICKEY HARDING WAGNER, JR., LINDY CHRISTIE PISTONE, PAUL ANDREW SMITH, RICKY CHARLES HOLSHOUSER, JR., JONATHAN DAVID HILLSON, JEREMY ANDREW ATKINS, CALEB SHANE WHITLEY, VICTORIA MEGAN YATES, SHARON LEWIS BRUCE, GARY WAYNE LYLES, MICHAEL EUGENE WEITZEL, III, KIMBERLY JAYNE DAVIS, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

1. To knowingly, intentionally and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1);

2. To knowingly, intentionally and unlawfully manufacture a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II, controlled substance

2

within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1);

3. To willfully, knowingly, intentionally and unlawfully possess pseudoephedrine, a list I chemical, knowing and having reasonable cause to believe that it would be used to manufacture methamphetamine, a Schedule II, controlled substance, within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(c)(2); and

4. To willfully, knowingly, intentionally and unlawfully possess equipment, chemicals, products, and materials which may be used in the manufacture of methamphetamine, a Schedule II, controlled substance, within the meaning of Title 21, United States Code, Section 812, knowing, intending, and having reasonable cause to believe that it will be used to manufacture methamphetamine, in violation of Title 21, United States Code, Section 843(a)(6).

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(C), 841(c)(1), and 843(d)(2).

COUNT TWO

On or about August 21, 2013, in the County of Rowan, in the Middle District of North Carolina, JOSHUA ERAN TARLTON, JESSIE DON WOODHULL, KIMBERLY JAYNE DAVIS and JOSHUA DEAN ATWELL

3

knowingly did unlawfully lease, rent, use, and maintain a place, that is, a residence located at 108 Church Street, Faith, North Carolina, permanently and temporarily, for the purpose of manufacturing, distributing, and using a controlled substance, that is, methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 856(a)(1) and (b), and Title 18, United States Code, Section 2.

COUNT THREE

On or about September 11, 2013, in the County of Rowan, in the Middle District of North Carolina, NICHOLAS CODY BAKER and SHARON LEWIS BRUCE knowingly did unlawfully lease, rent, use, and maintain a place, that is, a residence located at 155 Beth Drive, China Grove, North Carolina, permanently and temporarily, for the purpose of manufacturing, distributing, and using a controlled substance, that is, methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 856(a)(1) and (b), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about November 21, 2013, in the County of Rowan, in the Middle District of North Carolina, BRIAN CLINTON HOLT, III, and JOSEPH ANDREW DANIELS knowingly did unlawfully lease, rent, use, and maintain a place, that is, a residence located at 1535 Ribelin Road, Salisbury, North Carolina, permanently and temporarily, for the purpose of manufacturing, distributing, and using a controlled substance, that is, methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 856(a)(1) and (b), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about January 15, 2014, in the County of Rowan, in the Middle District of North Carolina, PAUL ANDREW SMITH knowingly did unlawfully lease, rent, use, and maintain a place, that is, a residence located at 320 Goodman Drive, Salisbury, North Carolina, permanently and temporarily, for the purpose of manufacturing, distributing, and using a controlled substance, that is, methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 856(a)(1) and (b).

COUNT SIX

On or about February 5, 2014, in the County of Rowan, in the Middle District of North Carolina, ALBERT RAY BARRINGER knowingly did unlawfully lease, rent, use, and maintain a place, that is, a residence located at 340 Goodman Drive, Salisbury, North Carolina, permanently and temporarily, for the purpose of manufacturing, distributing, and using a controlled substance, that is, methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 856(a)(1) and (b).

COUNT SEVEN

On or about February 5, 2014, in the County of Rowan, in the Middle District of North Carolina, ALBERT RAY BARRINGER, being an unlawful user of or addicted to any controlled substance, that is, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, knowingly did possess in commerce and affecting commerce a

firearm, that is, an FIE .410 gauge shotgun; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL:

_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY