IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SCHEDULE FOR ARRAIGNMENTS )
HELD IN **NOVEMBER, 2014** ) **AMENDED SCHEDULING ORDER**

In order to provide for the regulated and timely disposition of the **December, 2014** Criminal Term, the following schedule is established:

## MOTIONS

All motions submitted by the defendant or the Government shall be filed on or before **Wednesday, November 12, 2014,** and responses shall be filed on or before **Wednesday, November 19, 2014.** The defendant is ordered to appear for hearing on any motions at **9:30 a.m., December 1, 2014,** in Greensboro, N.C. If the need for a hearing shall become moot, the defendant shall notify the Court in writing and a hearing shall be considered canceled.

## PLEA AGREEMENTS

Plea agreements, if any, shall be filed in the Office of the Clerk of Court not later than **12:00 noon, November 26, 2014.**

## PLEA CHANGES

The defendant is ordered to appear for change of plea and hearing at **9:30 a.m., December 1, 2014** in Greensboro, N.C., unless otherwise ordered by the Court.

All arraignments, change of pleas and hearings on any motions not held on the first day of the criminal term as set out above will be scheduled during the first week of the criminal term. Counsel are instructed to notify the U.S. Attorney's Office of any scheduling conflicts no later than, Monday, November 24, 2014.

## NOT GUILTY PLEA (JURY TRIAL)

The defendant is ordered to appear for jury trial at **9:30 a.m., Monday, December 8, 2014,** in Greensboro, N.C., unless otherwise ordered by the Court. Trial briefs are required. Trial briefs and request for preliminary instructions must be filed in the Office of the Clerk of Court no later than 12:00 noon, December 4, prior to the beginning of the jury term.

This the 1st day of November, 2014.

/s/ John S. Brubaker, Clerk