IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR377-10 |
| | : | |
| GEORGIA LEE BELLAMY | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

From on or about October 9, 2010, continuing up to and including on or about April 30, 2014, J. R. Bullard, Jessie Don Woodhull, April Marie Woodhull, Katie Alexandria Kerr, Joshua Eran Tarlton, Nicholas Cody Baker, Albert Ray Barringer, Sara Elizabeth Horton, Amber Lynn Pierontoni, Georgia Lee Bellamy, Joshua Dean Atwell, Joseph Andrew Daniels, Brian Clinton Holt, III, Shane Nicholas Rabon, Rickey Harding Wagner, Jr., Lindy Christie Pistone, Paul Andrew Smith, Ricky Charles Holshouser, Jr., Jonathan David Hillson, Jeremy Andrew Atkins, Caleb Shane Whitley, Victoria Megan Yates, Sharon Lewis Bruce, Gary Wayne Lyles, Michael Eugene Weitzel, III and Kimberly Jayne Davis did conspire together to undertake various acts in furtherance of the manufacturing and distribution of methamphetamine in the Middle District of North Carolina, including possession of

pseudoephedrine, as well as equipment, chemicals, products and materials utilized in the manufacturing of methamphetamine. The details of this conspiracy were uncovered during an extensive investigation which included the execution of multiple search warrants, numerous debriefings, and many seizures of controlled substances, drug paraphernalia, and equipment utilized to manufacture methamphetamine.

On August 5, 2013, Jessie Don Woodhull and April Marie Woodhull were in a vehicle travelling through Richmond County when components of a clandestine methamphetamine lab caught fire inside the car. When law enforcement officers and emergency personnel responded, April Woodhull was taken into custody and charged with state-level drug offenses. Jessie Woodhull was transported to a medical facility in another state and eventually released. After his release and return to North Carolina, warrants for his arrest were also issued charging him with state-level drug offenses and he became a fugitive. On September 25, 2013, NC SBI Assistant Special Agent in Charge S.S. Gregory and detectives with the Rowan County Sheriff's Office arranged an undercover operation with Jessie Woodhull in which an undercover operative and a source of information (hereinafter "SOI") would meet with Woodhull to exchange pseudoephedrine for methamphetamine, and Woodhull would then be arrested. Woodhull arrived at the location of the transaction in a vehicle driven by

Amber Lynn Pierontoni. Following the drug transaction, Woodhull fled in the vehicle driven by Pierontoni. After a brief chase, Woodhull escaped on foot and fled the scene. Woodhull was eventually arrested on October 1, 2013, by the RCSO while being driven by Sara Elizabeth Horton to a meeting with Pierontoni.

After being incarcerated in the Rowan County Detention Center, Jesse Woodhull was interviewed at length by SBI ASAC Gregory and RCSO Det. Sgt. P.L. Kepley on multiple occasions. Woodhull stated that he became involved in the production of methamphetamine in early 2013 when Paul Smith introduced him to Albert Barringer. Barringer began trading methamphetamine with Woodhull in exchange for pseudoephedrine ("PSE"), and eventually taught Woodhull how to cook methamphetamine. April Woodhull also helped Jesse obtain PSE to trade for methamphetamine. Jesse said that Barringer used Smith's barn as a location to cook methamphetamine and that Smith traded PSE to Barringer for methamphetamine.

Jesse Woodhull reported that Barringer introduced him to Joshua Tarlton, and that the group began cooking methamphetamine together. Woodhull and Tarlton eventually began working together without Barringer until Tarlton was arrested on August 21, 2013, for involvement in a methamphetamine lab in Faith, North Carolina. Jesse also met Ricky Wagner through Barringer. Jesse said that he and Barringer cooked methamphetamine with Wagner at various locations

3

and that Wagner delivered PSE to Barringer so that Barringer could produce methamphetamine for Wagner. Jesse also accompanied Barringer when he delivered methamphetamine to Wagner.

Jesse also explained that Amber Pierontoni and Sara Horton assisted him in obtaining PSE to produce methamphetamine and that he cooked methamphetamine at their residences. Woodhull met Joseph Daniels at Pierontoni's residence during the period of time when he was a fugitive, and they cooked methamphetamine together at this location. He also related that Ricky Holshouser, Jr., had provided PSE, through others, to him in the past, and that on one occasion he had seen Holshouser with a large quantity of methamphetamine.

Joshua Tarlton was also debriefed at length by ASAC Gregory and Det. Sgt. Kepley. Tarlton said that he began his involvement in methamphetamine use and production with associates he knew from the rodeo circuit. At one event in Davidson County, his friend J.R. Bullard was arrested in possession of components of a methamphetamine lab. Following Bullard's arrest and incarceration, Bullard was living with Katie Kerr in a house off Stokes Ferry Road in Salisbury. Tarlton said that he, Bullard, and Kerr began obtaining PSE and cooking methamphetamine at this residence. This continued for about two (2) months until the late fall of 2011 when the Salisbury Police Department found Bullard's lab equipment in a suitcase in a wooded

4

area near the Bullard-Kerr residence. Tarlton then ended his involvement with Bullard.

Tarlton explained that after this occurred, Nicholas Baker and Gary Lyles approached him about cooking methamphetamine, and that he began cooking methamphetamine with Baker, Lyles, and Kerr at property owned by one of Baker's family members. Tarlton said this group worked together until they had a disagreement about their finished product. Tarlton said that Baker met Lindy Pistone and that Pistone got large quantities of PSE for Baker, who began cooking methamphetamine in various locations. Tarlton moved to other counties and eventually moved in with Kimberly Davis at her residence in Polkton, North Carolina, where he initially cooked methamphetamine until she asked him to stop. He then began obtaining methamphetamine from local methamphetamine dealers.

Tarlton said that Albert Barringer was a lifelong friend of his. Barringer purchased methamphetamine from Tarlton while he was cooking methamphetamine with Baker. He said Barringer introduced him to his cousin, Michael Weitzel, III. Barringer approached Tarlton and asked if he could watch Tarlton cook methamphetamine if he supplied the PSE. They began cooking methamphetamine at his residence in Faith or at his mother's residence in Union Heights in Salisbury. Tarlton related that Barringer, Weitzel, and Kerr obtained the PSE for the labs, and that Barringer cooked the

5

methamphetamine with him. He said that Barringer began cooking methamphetamine in a shed located adjacent to Barringer's residence, and that Barringer continued cooking methamphetamine at this location. Tarlton and Barringer continued trading PSE and methamphetamine and introducing customers to each other. Barringer's girlfriend, Georgia Bellamy was buying PSE for Barringer and assisting him in cooking methamphetamine.

Tarlton met Jessie Woodhull through Barringer and they cooked methamphetamine together at several locations, including Barringer's shed, Woodhull's residence, and the residence of Sara Horton. April Woodhull assisted by obtaining PSE or driving Woodhull. He also said Shane Rabon was supplying Woodhull with PSE.

Tarlton said in addition to producing methamphetamine, he was also buying crystal methamphetamine from Ricky Holshouser, Jr. He bought crystal methamphetamine from Holshouser multiple times a week for a 6 month period of time. Holshouser introduced him to Joshua Atwell. Atwell wanted to learn how to cook methamphetamine, and they cooked at Tarlton's residence in Faith, on multiple occasions. Tarlton said that Atwell, Woodhull, and Pierontoni were at his residence on August 21, 2013, when the Rowan County Sheriff's Department served a search warrant and seized components of a lab from him.

6

Nicholas Baker was debriefed by ASAC Gregory and Det. Sgt. Kepley, and said his involvement with methamphetamine began when Joshua Tarlton introduced him to JR Bullard. He said Bullard was living with Katie Kerr and cooking methamphetamine. Baker said that Gary Lyles was obtaining PSE for Bullard, and that Kerr assisted Bullard by being his driver. Lyles also bought PSE for Bullard. They cooked methamphetamine 5 or 6 times until Bullard was arrested by authorities in South Carolina. Baker and Tarlton began cooking methamphetamine at various locations with PSE supplied by Barringer, Lyles, Pistone, Megan Yates, and Wagner. After a disagreement, Baker began cooking methamphetamine with Barringer and Tarlton began cooking methamphetamine with Wagner. Over time they all split up again, and Baker cooked methamphetamine with Wagner until he and girlfriend Sharon Bruce were arrested at her residence on September 11, 2013, in possession of the components of a methamphetamine lab. Baker admitted that he also cooked methamphetamine at the Bruce residence with Hilson, Tarlton, Wagner, and Jeremy Atkins present. Each of these men provided him with PSE.

Baker met Bruce through previous girlfriend Pistone. Pistone was employed by RCC Western Store at Concord Mills and she allowed Baker to cook methamphetamine on multiple occasions in the bathroom of the store. On one occasion, Jonathon Hilson provided PSE and was

7

present during the cook. Baker also cooked methamphetamine with Hilson on two other occasions.

Barringer was debriefed on three occasions by ASAC Gregory and Det. Kepley following his arrest on February 20, 2014. Barringer said he began his involvement in cooking methamphetamine in December of 2012 when he watched Joshua Eran Tarlton and Nicholas Cody Baker cook methamphetamine at Tarlton's residence. He also knew Jessie Woodhull through Paul Smith. He watched Woodhull cook methamphetamine at Smith's residence. The PSE he used to cook methamphetamine was supplied by Michael Weitzel, III, Ricky Wagner, and Georgia Bellamy.

Barringer said that Tarlton introduced him to Ricky Holshouser, Jr. Holshouser was a source of crystal methamphetamine. During a four month period of time, Barringer bought methamphetamine from Holshouser once or twice per week, ranging in amounts from 1/8 ounce to one ounce in weight. Barringer stated that on 5 occasions Caleb Whitley, a person he knew from the rodeo circuit, gave him money towards the purchases.

Bellamy was debriefed by ASAC Gregory and Det. Sgt. Kepley. She said she dated Ricky Wagner, Jr., until she realized he was married and then became involved with Albert Barringer. Barringer and Wagner were friends, and Bellamy saw them cook methamphetamine together. Bellamy also saw Michael Weitzel, III, cook methamphetamine with Barringer. Bellamy said Barringer obtained the PSE he used or Ricky

8

Holshouser, Jr., obtained PSE for him. She also acknowledged buying PSE and kept it at residences where she and Barringer lived. Barringer used this PSE to cook methamphetamine, but said she did not buy the PSE for that purpose. She also said that Barringer supplied her with methamphetamine on a daily basis when they lived together.

Bellamy said that Barringer introduced her to Caleb Whitley and said Barringer and Whitley kept components of a methamphetamine lab in a residence in Stanfield. She also said that Holshouser was a source of crystal methamphetamine for Barringer. She saw Holshouser with large amounts of methamphetamine and said that Barringer took money fronted to him from Whitley to buy methamphetamine from Holshouser.

Joseph Daniels was debriefed by ASAC Gregory and Det. Sgt. Kepley while incarcerated at the Rowan County Detention Center on charges that resulted from the seizure of a methamphetamine lab. Daniels said he met Jessie Woodhull at the residence of Pierontoni while Woodhull was a fugitive. Daniels learned to cook methamphetamine by observing Woodhull. After Woodhull was arrested, Daniels cooked methamphetamine about 12 times with PSE supplied by Brian Holt and others.

Investigators reviewed the National Precursor Log Exchange (NPLEX) logs, and determined that Bellamy purchased a minimum of 51.12 grams of pseudoephedrine during the relevant time period.

This the 1st day of December, 2014.

                        Respectfully submitted,
                        RIPLEY RAND
                        United States Attorney


                        /S/ TERRY M. MEINECKE
                        Assistant United States Attorney
                        NCSB #27586
                        United States Attorney's Office
                        Middle District of North Carolina
                        251 North Main Street, Suite 726
                        Winston-Salem, NC 27101
                        Phone:  336-747-7510
                        E-mail: Terry.Meinecke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:14CR377-10 |
| | : | |
| GEORGIA LEE BELLAMY | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Michael Patrick, Esq.

/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
251 North Main Street, Suite 726
Winston-Salem, NC 27101
Phone: 336-747-7510
E-mail: Terry.Meinecke@usdoj.gov