IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR 377-25 |
| | : | |
| MICHAEL EUGENE WEITZEL, III | : | |

MOTION TO CONTINUE DETENTION HEARING

The Defendant, Michael Eugene Weitzel, III, by and through counsel, hereby moves this Honorable Court for an order to continue his Detention Hearing until the February 23, 2015 Criminal Term. In support of this Motion, the Defendant shows unto the Court the following:

1. The Defendant is one of twenty-six defendants in an indictment in the above entitled matter which was returned on October 1, 2014. Count One of the indictment charges Defendant with two violations 21 U.S.C. Section 841(a), one violation of 21 U.S.C. 841(c)(2), and one violation 21 U.S.C. Section 843(a)(6).

2. That the undersigned was appointed to represent the Defendant on February 12, 2015 and his Detention Hearing is scheduled for February 19, 2015.

3. Elizabeth S. Walser with Probation and Parole contacted the undersigned and requested that counsel make a motion to continue the Detention Hearing on February 19th. The Defendant's father is a possible third person that the Defendant could be released to during the pendency of the case. However, Ms. Walser needs additional time to verify the Defendant's family history and then make a determination to approve or not approve a residence plan.

4. The undersigned has contacted Government counsel, Assistant United States Attorney Eric Iverson, and Mr. Iverson advises that the Government does not object to the proposed continuance.

5. The Defendant submits that the ends of justice are best served by granting this continuance so that Probation and Parole can have sufficient time to make a more complete their Pre-Trial Sentence Report.

WHEREFORE, based upon the foregoing, Defendant respectfully requests this Court to continue the Detention Hearing until February 23, 2015 or to date, place and time at the discretion of this Court.

Respectfully submitted, this the 19th day of February, 2015.

/s/ Robert W. Ewing
Robert W. Ewing, Esq.
North Carolina State Bar No. 20960
6201 Towncenter Drive, Suite 140
Clemmons, North Carolina 27102
Phone: (336) 766-9301
E-mail: info@ewing-law.com

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2015, I electronically filed the foregoing Motion To Continue Detention Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Eric Iverson, Assistant United States Attorney, 101South Edgeworth Street, 4th Floor, Greensboro, North Carolina 27401

Respectfully submitted, this the 19th day of February, 2015.

/s/ Robert W. Ewing
Robert W. Ewing, Esq.
North Carolina State Bar No. 20960
6201 Towncenter Drive, Suite 140
Clemmons, North Carolina 27102
Phone: (336) 766-9301
E-mail: info@ewing-law.com